IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LYNDON ELDER                                                                                    PLAINTIFF

v.                                      Case No. 6:22-cv-6105

J. SMITH, *et al*.                                                                              DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Appeal of Magistrate Judge Decision. ECF No. 36. Plaintiff appeals United States Magistrate Judge Barry A. Bryant's Order (ECF No. 28) denying Plaintiff's Motion for Default Judgement (ECF No. 24). To the extent Plaintiff makes a coherent argument as to why Judge Bryant's order denying default judgment was in error, Plaintiff seems to mistake default judgment with summary judgment and argues that his claims cannot be disputed. ECF No. 36, p. 5. Plaintiff never articulates any legally relevant argument as to why default judgment should have been entered against all Defendants and the Court cannot determine a reason from the record.

Accordingly, the Court finds that Plaintiff's Appeal of Magistrate Decision (ECF No. 36) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 18th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge